THE PEOPLE OF THE STATE OF NEW YORK ex rel. BELT LINE RAILWAY CORPORATION, Appellant, v. FRANK L. DOWLING, as President of the Borough of Manhattan of the City of New York, and Another, Respondents. — Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

DAVID SOLOMON, an Infant, by JULIUS SOLOMON, His Guardian ad Litem, Appellant, v. EDWARD MONSHEKIAN, Respondent.— Order modified as provided in order and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

COMMERCIAL UNION OF AMERICA, INC., Appellant, v. PETER MOROSINI, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion to continue temporary injunction granted on plaintiff's giving a bond in the sum of $10,000. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

HUGH STANISLAUS STANGE and Another, Respondents, v. STUART WALKER and Another, Appellants.— Appeal dismissed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

EDNA G. O'CONNELL, Appellant, v. JOHN E. O'CONNELL, Respondent.— Order reversed, with ten dollars costs and disbursements, and motion granted; alimony fixed at twenty dollars a week and counsel fee at two hundred and fifty dollars. No opinion. Order to be settled on notice. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.; Dowling, J., dissented.

HARRIET SHIPHAM HILL, Respondent, v. CLARENCE L. HILL, Appellant.— Order reversed and motion denied, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

DANIEL J. LEARY, Respondent, v. FREDERICK GELLER, as Executor, etc., Appellant.— Order affirmed, with ten dollars costs and disbursements, No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

LORRAINE HAT CO., INC., Appellant, v. ESTELLE FEINBERG, Respondent.— Order modified as provided in order, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

ROSE TIERNEY, Respondent, v. ANDREW M. MADIGAN, Defendant. In the Matter of the Application of CHARLES E. VAN SISE, Appellant, for an Order Directing the City Chamberlain to Pay Him the Moneys Deposited in Lieu of Bail Herein.— Order reversed, with ten dollars costs and disbursements, and motion granted. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.

HELENE L. BYRNE, Appellant, v. JOHN F. BYRNE and Another, Respondents.— Order modified as provided in order, and as so modified affirmed, without costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Smith and Shearn, JJ.